UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. AL-KHALIQ FERGUSON  SBI # 256550c
Crim. No. 10-821

---

## PETITION FOR WRIT OF HABEAS CORPUS

1. Al-Khaliq Ferguson (D/O/B: ▓▓▓▓▓) is now confined in the Essex County Correctional Facility, 354 Doremus Avenue, Newark, New Jersey.

2. Said individual will be required at the United States District Court, Newark, New Jersey, on Tuesday, December 14, 2010 at 9:30 a.m. for an Arraignment before the Honorable William H. Walls.

A Writ of Habeas Corpus should issue for that purpose.

DATED: December 2, 2010

/s/Amy Luria
AMY LURIA
ASSISTANT U.S. ATTORNEY

---

### ORDER

Let the Writ Issue.

DATED: December 3, 2010

HON. WILLIAM H. WALLS
UNITED STATES DISTRICT JUDGE

---

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Essex County Correctional Facility, 354 Doremus Avenue, Newark, New Jersey. WE COMMAND that you have the body of

AL-KHALIQ FERGUSON

now confined in the Essex County Correctional Facility, brought before the Honorable William H. Walls, United States District Judge, on December 14, 2010, at 9:30 a.m., at the United States District Court, Martin Luther King, Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey. Immediately upon completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable William H. Walls
United States District Judge
Newark, New Jersey

DATED: December 3, 2010

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk