UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. William H. Walls |
| v. | : Crim. No. 10-821 (WHW) |
| AL-KHALIQ FERGUSON,<br>a/k/a "Kaliff Furguson,"<br>a/k/a "Alkhaliq Ferguson" | :<br>: <u>CONTINUANCE ORDER</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Amy Luria, Assistant U.S. Attorney, appearing), and defendant Al-Khaliq Ferguson (Kevin F. Carlucci, AFPD, appearing) for an order granting a continuance of the proceedings in the above-captioned matter for a period of 60 days, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

2. Taking into account the exercise of diligence, the facts of this case require that defense counsel be permitted a reasonable amount of additional time for effective preparation in this matter;

3. Defendant has consented to the aforementioned continuance;

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(a), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this ___20___ day of December, 2010,

IT IS ORDERED that this action be, and hereby is, continued for a period of 60 days; and it is further

ORDERED that the period from and including February 14, 2011, through and including April 15, 2011, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7)(a); and it is further

ORDERED that the calendar for this matter shall be revised as follows:

Defense motions: Feb. 15 , 2010

Opposition: March 15, 2011

Motions hearing: April 1, 2011

Trial: April 11, 2011

_____
HON. WILLIAM H. WALLS
United States District Judge

Form and entry
consented to:

_____
AMY LURIA
Assistant U.S. Attorney

_____
KEVIN F. CARLUCCI
Assistant Federal Public Defender
Counsel for Al-Khaliq Ferguson