UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        : Hon. William H. Walls

            v.                  : Crim. No. 10-821 (WHW)

AL-KHALIQ FERGUSON               : <u>CONTINUANCE ORDER</u>
  a/k/a "Kalif Furguson,"
  a/k/a "Alkhaliq Ferguson"


        This matter having come before the Court on the joint
application of Paul J. Fishman, United States Attorney for the
District of New Jersey (Barbara R. Llanes, Assistant U.S.
Attorney, appearing), and defendant Al-Khaliq Ferguson (by Kevin
Carlucci, Assistant Federal Public Defender) for an order
granting a continuance of the proceedings in the above-captioned
matter for a period of 45 days, and the defendant being aware
that he has the right to have the matter brought to trial within
70 days of the date of his appearance before a judicial officer
of this court pursuant to Title 18 of the United States Code,
Section 3161(c)(1), and as the defendant has consented to such a
continuance, and for good and sufficient cause shown,

        IT IS THE FINDING OF THIS COURT that this action should
be continued for the following reasons:

        1.  The parties have entered into a plea agreement, and
both the United States and the defendant desire additional time
to enter the plea in court, which would render trial of this
matter unnecessary;

    2.  Defense counsel has requested additional time so that defendant can undergo a psychological evaluation to determine the mental competency of defendant;

    3.  Pursuant to Title 18, United States Code, Section 3161(h)(7)(a), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this _____9_____ day of June, 2011,

1T IS ORDERED that this action be, and hereby is, continued for a period of 45 days; and it is further

ORDERED that the period from and including June 15, 2011, through and including July 29, 2011, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7)(a) and 3161(h)(1)(A).

                                      Hon. William H. Walls
                                      United States District Judge

Form and entry
consented to:

Barbara R. Llanes
Assistant U.S. Attorney

Kevin Carlucci
Assistant Federal Public Defender
Counsel for Al-Khaliq Ferguson