UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. William H. Walls

v. : Crim. No. 10-821 (WHW)

AL-KHALIQ FERGUSON : <u>CONTINUANCE ORDER</u>
 a/k/a "Kalif Furguson,"
 a/k/a "Alkhaliq Ferguson"

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Barbara R. Llanes, Assistant U.S. Attorney, appearing), and defendant Al-Khaliq Ferguson (by Kevin Carlucci, Assistant Federal Public Defender) for an order granting a continuance of the proceedings in the above-captioned matter for a period of 45 days, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The parties have entered into a plea agreement, and both the United States and the defendant desire additional time to enter the plea in court, which would render trial of this matter unnecessary;

2. Pursuant to Title 18, United States Code, Section 3161(h)(7)(a), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 9 day of August, 2011,

IT IS ORDERED that this action be, and hereby is, continued for a period of 45 days; and it is further

ORDERED that the period from and including July 30, 2011, through and including September 12, 2011, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7)(a) and 3161(h)(1)(A).

_____
Hon. William H. Walls
United States District Judge

Form and entry
consented to:

_____
Barbara R. Llanes
Assistant U.S. Attorney

_____
Kevin Carlucci
Assistant Federal Public Defender
Counsel for Al-Khaliq Ferguson